[Nos. 16934-1-III; 17265-1-III; Division Three. April 1, 1999.]
17346-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD
JONES, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES
EDWARD JONES, *Petitioner.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-01869-5, Neal Q. Rielly, J.,
entered September 19, 1997, together with petitions for
relief from personal restraint. Judgment *affirmed* and peti-
tions *dismissed* by unpublished opinion per Kurtz, A.C.J.,
concurred in by Brown and Kato, JJ.

[No. 17106-0-III. Division Three. April 1, 1999.]

THE CITY OF KENNEWICK, *Petitioner*, v. DOUGLAS R. DAY,
*Respondent*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 97-1-00156-4, Philip M. Raekes, J., entered
November 14, 1997. *Reversed* by unpublished opinion per
Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 17130-2-III. Division Three. April 1, 1999.]

MAHMUD "SAM" SABET KERMANI, *Respondent*, v.
INTERNATIONAL HEALTH CARE PROPERTIES XXIII,
*Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 95-2-02208-1, Michael W. Leavitt, J., entered
November 17, 1997. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.